Submitted August 29, affirmed September 26, 2012

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDRES PRUDENCIO-RIOS,
*Defendant-Appellant.*

Washington County Circuit Court
C100613CR; A146354

287 P3d 1279

Peter Gartlan, Chief Defender, and Anne Fujita Munsey, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Gregory A. Rios, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Haselton, Chief Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Schwab*, 234 Or App 43, 47-48, 227 P3d 1182, *rev den*, 349 Or 52 (2010); *State v. Cobb*, 224 Or App 594, 596-97, 198 P3d 978 (2008), *rev den*, 346 Or 364 (2009).